JS 44 (Rev. 06/17)

# JS CIVIL COVER SHEET

2:18 - 1019

18  1019

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS<br>The United States of America | DEFENDANTS<br>ONE GLOCK, MODEL 23GEN4, .40 CALIBER PISTOL, BEARING SERIAL NUMBER BCDZ585 and ONE BERETTA, MODEL 92FS, 9MM PISTOL, BEARING SERIAL NUMBER A107169Z |
|---|---|
| (b) County of Residence of First Listed Plaintiff _____<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant  Philadelphia<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| (c) Attorneys *(Firm Name, Address, and Telephone Number)*<br>Timothy M. Stengel<br>U.S. Attorney's Office, 615 Chestnut Street, Suite 1250, Philadelphia PA 19106, 215-861-8600 | Attorneys *(If Known)* |

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 18, United States Code, Section 924(d)(1)

Brief description of cause:
Illegal possession of firearm

### VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE  3/9/18

SIGNATURE OF ATTORNEY OF RECORD  X _____

**FOR OFFICE USE ONLY**
MAR - 9 2018

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

18  1019

Address of Plaintiff: 615 Chestnut Street., Suite 1250, Philadelphia, Pennsylvania 19106-4476

Address of Defendant: N/A

Place of Accident, Incident or Transaction: Darby, Pennsylvania, within the Eastern District of Pennsylvania
(*Use Reverse Side For Additional Space*)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐   No☑

Does this case involve multidistrict litigation possibilities?   Yes☐   No☑
*RELATED CASE, IF ANY*:
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes☐   No☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes☐   No☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?   Yes☐   No☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes☐   No☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases*:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☑ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☑ All other Federal Question Cases
(Please specify) Asset Forfeiture (Illegal possession of firearm)

B. *Diversity Jurisdiction Cases*:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify) _____

**ARBITRATION CERTIFICATION**
(*Check Appropriate Category*)
I, Timothy M. Stengel, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☑ Relief other than monetary damages is sought.

DATE: 3/9/18    _____    PA 314573
                 Attorney-at-Law              Attorney I.D.#

**NOTE**: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 3/9/18    _____    _____
                 Attorney-at-Law              Attorney I.D.#

                                              MAR - 9 2018

CIV. 609 (5/2012)

**APPENDIX I**

**JS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 18-CV- **18   1019** |
| ONE (1) GLOCK, MODEL 23GEN4, .40 CALIBER PISTOL, BEARING SERIAL NUMBER BCDZ585, and ONE (1) BERETTA, MODEL 92FS, 9MM PISTOL, BEARING SERIAL NUMBER A107169Z, | : : : : : | : |
| Defendants. | : | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.     ( ☐ )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
     and Human Services denying plaintiff Social Security Benefits     ( ☐ )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.     ( ☐ )

(d) Asbestos – Cases involving claims for personal injury or property damage from
     exposure to asbestos.     ( ☐ )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
     commonly referred to as complex and that need special or intense management by
     the court. (See reverse side of this form for a detailed explanation of special
     management cases.)     ( ☐ )

(f) Standard Management – Cases that do not fall into any one of the other tracks.     ( ☒ )

| | | |
|---|---|---|
| **March 9, 2018** | Timothy M. Stengel | **United States of America** |
| **Date** | **Attorney -at-law** | **Attorney for** |
| | | MAR - 9 2018 |
| 215-861-8600 | 215-861-8618 | Timothy.Stengel@usdoj.gov |
| **Telephone** | **FAX Number** | **E-Mail Address** |

**JS**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | CIVIL ACTION |
| Plaintiff, : | |
| : | No. 18-CV-__18__  __1019__ |
| v. : | |
| ONE (1) GLOCK, MODEL 23GEN4, .40 : | JURY TRIAL DEMANDED |
| CALIBER PISTOL, BEARING SERIAL : | |
| NUMBER BCDZ585, and : | |
| ONE (1) BERETTA, MODEL 92FS, 9MM : | |
| PISTOL, BEARING SERIAL NUMBER : | |
| A107169Z, : | |
| Defendants. : | |

## COMPLAINT FOR FORFEITURE *IN REM*

The United States of America, plaintiff herein, by and through its attorneys, Louis D. Lappen, United States Attorney for the Eastern District of Pennsylvania, and Sarah L. Grieb and Timothy M. Stengel, Assistant United States Attorneys, complains against the above-named defendant property and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is a civil action *in rem* to forfeit and condemn to the use and benefit of the United States of America certain firearms ("The Defendant Property") seized from a residence in Darby, Pennsylvania, within the Eastern District of Pennsylvania, on October 27, 2017 by the Bureau of Tobacco, Alcohol, Firearms and Explosives ("ATF").

2. The Defendant Property was involved in knowing violations of 18 U.S.C. §§ 922(a)(6) and (g)(3). Section 922(a)(6) makes it unlawful for any person to knowingly make a

\* Warrant Issued + given to Counsel on 3/9/18

false statement that was intended to deceive a dealer of firearms about the lawfulness of the person's purchase of a firearm. Section 922(g)(3) makes it unlawful for any person, who is an unlawful user of or addicted to any controlled substance, to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition. *See* 18 U.S.C. §§ 922(a)(6) and (g)(3).

3. The Defendant Property is forfeitable pursuant to 18 U.S.C. § 924(d)(1), which subjects to seizure and forfeiture any firearm or ammunition used in knowing violations of, in part, sections 922(a)(6) or 922(g).

## JURISDICTION AND VENUE

4. The United States brings this action *in rem* in its own right to forfeit and condemn the Defendant Property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

5. This Court has *in rem* jurisdiction over the Defendant Property under 28 U.S.C. § 1355(b)(1). Upon the filing of this complaint, the United States requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the United States will execute upon the Defendant Property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

6. Venue is proper in this district pursuant 28 U.S.C. § 1355(b)(1) and 28 U.S.C. § 1395(b), because a civil proceeding for forfeiture of property may be prosecuted in any district where such property is found.

## THE DEFENDANT *IN REM*

7. The Defendant Property consists of the following items:

   a. One (1) Glock, Model 23GEN4, .40 caliber pistol, bearing serial number BCDZ585, containing a magazine ("the Glock 23"); and

   b. One (1) Beretta, Model 92FS, 9mm pistol, bearing serial number A107169Z, containing a magazine ("the Beretta").

## BASIS FOR FORFEITURE

8. The Defendant Property is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1), which provides for the forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(a)(6) and 922(g).

## FACTS

9. On October 27, 2017, agents from ATF received information from an ATF Confidential Informant that Ashley Hewitt ("Hewitt"), a habitual user of heroin, was in possession of multiple firearms at her residence in Darby, Pennsylvania.

10. On that same date, ATF agents spoke with Hewitt at her residence. Hewitt stated that she was in possession of three firearms, including two that she personally purchased—the Glock 23 and the Beretta, identified above in paragraphs 7(a) and 7(b)—and a third belonging to her landlord.

11. Hewitt told ATF agents that she was a heroin addict for the past eight years but that she was currently clean. Hewitt, however, provided conflicting information about the length of her sobriety and she further reported that she had recently returned home from a rehabilitation facility. Hewitt subsequently admitted to ATF agents that she was released from a rehabilitation facility just four days earlier.

12. Hewitt also acknowledged that she lied when she completed ATF Form 4473, a form she was required to execute when she purchased the firearms.[1] Specifically, in response to question 11(e) on the form, which asks whether the purchaser is "an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance," Hewitt falsely indicated that she is not a user of, or addicted to, a controlled substance.

13. Given that Hewitt provide false information in connection with the purchase of a firearm and that she is a habitual user of and addicted to heroin, ATF agents informed Hewitt that they would have to seize her firearms.

14. Hewitt then led ATF agents to her bedroom where she retrieved and turned over the Defendant Property, as well as a third pistol belonging to her landlord and four empty magazines. The Glock 23 contained a magazine loaded with ten rounds of .40 caliber ammunition, and the Beretta contained a magazine loaded with fourteen rounds of 9mm ammunition. Hewitt also retrieved and turned over approximately one hundred additional rounds of assorted ammunition.

15. While in Hewitt's bedroom, ATF agents also observed narcotics paraphernalia, including a syringe, wax papers, and a glass pipe typically used to smoke marijuana.

16. During the course of their investigation, ATF agents obtained Firearms Trace Summary reports for the firearms that they seized from Hewitt. The reports indicate that the Glock 23 was manufactured in Austria and that the Beretta was manufactured in Italy, which means both firearms were involved in interstate and/or foreign commerce.

17. By reason of the foregoing facts, there is cause to believe that the Defendant Property is property involved in knowing violations of 18 U.S.C. §§ 922(a)(6) and (g)(3). The

---

[1] According to Firearms Trace Summary Reports, Hewitt purchased the Glock 23 on August 11, 2016 and the Beretta on March 28, 2017.

4

## **VERIFICATION**

I, Dominic S. Raguz, being of legal age, verify and, pursuant to 28 U.S.C. '1746(2), declare and state as follows:

1.  I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives and I was assigned to the investigation of this case.

2.  I have reviewed the forgoing Complaint for Forfeiture *In Rem* and know the contents thereof, and that the matters contained in the Complaint are true to my knowledge.

3.  The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case.

I hereby verify and declare under penalty of perjury that the forgoing is true and correct.

Executed on __8__ day of __March__, 2018.

_____
Dominic S. Raguz
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives